UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09MJ02081 AGF |
| ) | |
| D'ANDRE DUKE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on the Government's Motion to Withdraw [Doc. #7] its previously filed Motion for Pretrial Detention and Hearing [Doc. # 4] filed on April 20, 2009, which Motion shall be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw its previously filed Motion for Pretrial Detention is **GRANTED**. [Doc. # 7]

**IT IS FURTHER ORDERED** that Defendant shall be released on a $20,000 bond, secured by property or ten percent (10%) in cash, subject to the standard conditions of release and the following additional conditions of release:

1. Defendant shall be subject to drug testing and drug treatment as deemed appropriate by the Pretrial Services Office;

2. Home detention with electronic monitoring; and

3. Defendant shall obtain no passport.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of April, 2009.